## CARS FOR A DOLLAR, INC. v WEATHERSPOON
### Case No. 90-046 AP
Eleventh Judicial Circuit, Dade County
February 25, 1991

**APPEARANCES OF COUNSEL**

**Daniel S. Carusi, Esquire,** for appellant.
**Brenda Weatherspoon,** pro se.

Before ROBINSON, BLOOM, FIERRO, JJ.

### OPINION OF THE COURT

PER CURIAM.

This case involves the trial court's denial of a requested continuance so that the defendant could go on a prepaid vacation. After being assured by the Judge's Judicial Assistant not to worry, the defendant did not schedule his motion but left on vacation. The Court denied the continuance of the pretrial and entered a default judgment. A Motion for Rehearing was granted as to the individual defendant but denied as to the corporation which the individual defendant represented. Under

these circumstances this Court reverses and vacates the default final judgment against Cars for a Dollar, Inc. and remands to reschedule the pretrial. *Outdoor Resorts at Orlando, Inc. v Hoty Management Company, Inc.,* 483 So.2d 2 (Fla. 2d DCA 1985).